UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY O. MACKALL,            )
                             )
          Plaintiff,         )    Case No. 1:05-cv-212
                             )
v.                           )    Honorable Wendell A. Miles
                             )
JOHN RUBITSCHUN,             )
                             )
          Defendant.         )
_____)

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal.  28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This is a dismissal as described by 28 U.S.C. § 1915(g).


Dated: April 20, 2005                        /s/ Wendell A. Miles
                                             Wendell A. Miles
                                             Senior U.S. District Judge